1
2
3
4
5
6

FILED

AUG 2 0 2010

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

7    **UNITED STATES DISTRICT COURT**

8    **CENTRAL DISTRICT OF CALIFORNIA**

9    **WESTERN DIVISION**

10

11   SHANNON RILEY,                          )          Case No. CV 09-8850-JFW (MLG)
                                             )
12                  Plaintiff,               )          ORDER DISMISSING ACTION FOR
                                             )          FAILURE TO PAY PARTIAL FILING FEE
13          v.                               )
                                             )
14   A.W. DUNN, et al.,                      )
                                             )
15                  Defendants.              )
                                             )
16   _____        )

17

18          On May 3, 2010, Plaintiff Shannon Riley filed this first amended

19   pro se civil rights complaint pursuant to 42 U.S.C. § 1983.[1] Based

20   upon the trust account statement submitted in support of the motion

21   to proceed without prepayment of filing fees, Magistrate Judge Marc

22   L. Goldman ordered Plaintiff to pay a partial filing fee of $49.60.

23   Plaintiff filed a motion for reconsideration and on May 26, 2010, the

24   order was modified to require Plaintiff to pay a partial filing fee

25   of $15.00 no later than June 21, 2010.

26

27          [1] Riley initially filed this action as a habeas corpus petition
28   under 28 U.S.C. § 2254. Because the relief sought was not cognizable
     under section 2254, on April 12, 2010. Riley was granted leave to file
     a first amended civil rights complaint.

1    Plaintiff did not pay the $15.00 partial filing fee as directed.

2    But in the meantime, on July 12, 2010, the first amended complaint

3    was dismissed with leave to amend.

4    On August 6, 2010, Plaintiff filed a proposed second amended

5    complaint. Along with the second amended complaint, Plaintiff filed

6    a current trust account statement showing that between April 1, 2010

7    and July 22, 2010, Plaintiff had deposited $172.89 into his prison

8    trust account and had withdrawn the same amount through purchases of

9    food and other items. He has not used any of this money to pay the

10   partial filing fee as directed by the Court.

11   In *Taylor v. Delatoore*, 281 F.3d 844, 850 (9th Cir. 2002), the

12   Ninth Circuit held that the imposition of a partial filing fee is

13   appropriate under 28 U.S.C. § 1915(b)(1), but that a district court

14   may not dismiss an action for failure to pay that fee when the

15   prisoner does not have assets or any means to pay the filing fee.

16   "The plain language of § 1915(b)(4) compels a holding that a district

17   court cannot dismiss an IFP prisoner's case based on his failure to

18   pay the initial fee when his failure to pay is due to the lack of

19   funds available to him when payment is ordered." *Id.*

20   Here, Plaintiff has had sufficient funds in his trust account

21   to pay the partial filing fee in the time since payment of the fee

22   was ordered.[2] Indeed, a deposit of $150.00 was made into Plaintiff's

23   prison trust account on July 19, 2010. Plaintiff has elected to use

24

25       [2] Plaintiff contends that much of the money in the trust account
is not really his in that he is accepting money for other prisoners to
26   assist them in avoid payment of their restitution fines imposed under
state law. For this service, he obtains a percentage of the amount
27   deposited. While this may be true, the Court is not required to assist
Plaintiff in his money laundering scheme by excusing his failure to pay
28   the partial filing fee.

those funds for purposes other than compliance with the Court's orders. While Plaintiff has the right to use the money as he wishes, his failure to comply with the Court's order in light of his clear ability to do so warrants dismissal of this action.

Accordingly, this action is DISMISSED without prejudice.

Dated: August 20, 2010

_____
John F. Walter
United States District Judge

Presented by:

_____
Marc L. Goldman
United States Magistrate Judge

3