JS - 6/ENTER

FILED
AUG 20 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHANNON RILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>A.W. DUNN, et al.,<br><br>    Defendants. | Case No. CV 09-8850-JFW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: August 20, 2010

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 20 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
John F. Walter
United States District Judge