JS - 6/ENTER

**FILED**
JAN 23 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SHANNON RILEY, ) | Case No. CV 09-8850-JFW (MLG) |
| )  Plaintiff, ) | JUDGMENT |
| v. ) | |
| A.W. DUNN, et al., ) | |
| )  Defendant. ) | |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: January 23, 2012

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
John F. Walter
United States District Judge