JS - 6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SHANNON RILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>A.W. DUNN, et al.,<br><br>    Defendant. | Case No. CV 09-8850-JFW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: January 23, 2012

John F. Walter
United States District Judge